IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA    §
§    NO. 4:25-CR- 229
v.    §    JUDGES Mazzant
§
TANNER CHRISTOPHER THOMAS (02)    §

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

On this date came on for consideration the Petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas on behalf of the United States of America, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Prosequendum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal for the Eastern District of Texas or another federal law enforcement agency, and the United States Air Force Office of Special Investigations, in Fort Hood, Texas, shall produce and have the body of, said **Tanner Christopher Thomas**, who is detained in the custody of the United States Air Force Office of Special Investigations, in Fort Hood, Texas, before the United States District Court for the Eastern District of Texas, in Sherman, Texas, on November 24, 2025, the said defendant to appear for an initial appearance and for all further proceedings upon an indictment pending in the above-styled case.

**SIGNED this 20th day of November, 2025.**

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE

Order – Page 1