IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Cause No. 4:25-CR-_____ |
| § | Judges: _____ |
| GAVIN RIVERS WEISENBURG (01) § | |
| TANNER CHRISTOPHER THOMAS (02) § | |
| § | |

## GOVERNMENT'S MOTION TO DESIGNATE CASE AS COMPLEX

The United States of America, by the undersigned Assistant United States Attorney, respectfully moves this court to designate the above-captioned case as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

On November 19, 2025, a federal grand jury indicted Gavin Rivers Weisenburg and Tanner Christopher Thomas (collectively, Defendants) for violations of 18 U.S.C. §§ 956 (conspiracy to murder, maim or kidnap in a foreign country) and 2251(a) (production of child pornography). According to the Indictment, Defendants plotted to invade the Island of Gonave, which is part of the Republic of Haiti, murder all of the men, and turn the women and children into sex slaves. It is further alleged in the indictment that the Defendants produced visual depictions of the sexual exploitation of children in a related count.

The discovery in this case involves more than 55 GB of data, hundreds of pages of reports and records, thousands of text message communications, and hours of video footage from the execution of search warrants. Further, the case involves visual depictions of the sexual exploitation of children, which cannot be disclosed in the normal

discovery manner and must be viewed on a standalone computer terminal at either the agents' office or the United States Attorney's Office. Finally, because the Defendants are charged with an offense alleging acts of international terrorism (18 U.S.C. § 956), all significant pleadings and proposed resolutions must receive the approval of the Department of Justice's National Security Division's Counterterrorism Section.

Courts have routinely held that a case should be designated as complex based on the volume of discovery and the complexity of the case. *See United States v. Bieganowski*, 313 F.3d 264, 282 (5th Cir. 2002).

A court may continue proceedings beyond the time limits established by the Speedy Trial Act if the Court finds "the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by [the] section." 18 U.S.C. § 3161(h)(7)(B)(ii). This case is "complex," as contemplated by 18 U.S.C. § 3161(h)(7)(B)(ii), due to the nature of the prosecution, specifically, a multi-jurisdictional, multi-party conspiracy, originating since 2018, involving cryptocurrency, complex financial transactions, and volumes of digital communications.

Given the complexity of this case, the nature of the investigation and prosecution, including but not limited to the complicated factual and legal issues involved, the volume of discovery the government has and will continue to produce, and the approvals needed for all significant pleadings and decisions, the government respectfully

moves this court to designate this case as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/ D. Ryan Locker*
D. RYAN LOCKER
Assistant United States Attorney
Texas Bar No. 24046307
110 N. College, Ste. 700
Tyler, TX  75702
(903) 590-1400
Ryan.Locker@usdoj.gov

ATTORNEY FOR THE UNITED STATES

## **CERTIFICATE OF SERVICE**

I certify that I have this day served counsel for the defendants with a true and correct copy of this pleading by the court's CM/ECF electronic filing system.

*/s/ D. Ryan Locker*
D. RYAN LOCKER
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

I certify that I conferred with the following attorneys via email or telephone:

- Clint Brode and David Finn, attorneys for Gavin Rivers Weisenburg
- John Helms, attorney for Tanner Christopher Thomas

The motion is UNOPPOSED.

                                              /s/ *D. Ryan Locker*
                                              D. RYAN LOCKER
                                              Assistant United States Attorney