IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 4:25-CR-_____ |
| | § | Judges: _____ |
| GAVIN RIVERS WEISENBURG (01) | § | |
| TANNER CHRISTOPHER THOMAS (02) | § | |
| | § | |

**<u>ORDER ON GOVERNMENT'S MOTION TO DESIGNATE CASE AS COMPLEX</u>**

The Court, having considered the Government's Motion to Designate Case as Complex finds the motion meritorious and hereby GRANTS the motion.

Therefore, the above styled case is hereby designated as complex under 18 U.S.C. § 3161(h)(7)(B)(ii), thereby suspending Speedy Trial Act deadlines, and all future settings will be calendared accordingly.

**Order on Government's Motion for an
Order Designating Case Complex – Page  1**